Opinion issued August 7, 2014



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00573-CV

———————————

**UNION CARBIDE CORPORATION, Appellant**

**V.**

**MELVA GONZALEZ, RAFAEL S. GONZALEZ, AND MARIBEL
GONZALEZ, INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF
RAFAEL R. GONZALEZ; AND MILFORD KIRK ZUCH AND MARY
DIANN SOWELL, INDIVIDUALLY AND AS HEIRS OF MILFORD ZUCH,
Appellees**

---

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2013-36767

---

**MEMORANDUM OPINION**

Appellant, Union Carbide Corporation, has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.